UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER SYMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00109-JMS-CSW |
| | ) |
| BOARD OF COUNTY COMMISSIONERS OF TIPTON COUNTY, | ) |
| MATTHEW TEBBE Sheriff of Tipton County, | ) |
| RAY SHEPPARD, | ) |
| LAUREN NETHERTON, | ) |
| QUALITY CORRECTIONAL CARE, LLC, | ) |
| UNKNOWN QUALITY CORRECTIONAL CARE EMPLOYEES, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PARTIES' JOINT STATUS REPORT AND
JOINT REQUEST TO AMEND CASE MANAGEMENT DEADLINES**

Now before the Court is the Parties' *Joint Status Report and Joint Request to Amend Case Management Deadlines*. (Dkt. 54). The Court acknowledges the information contained in the *Joint Status Report*.

The Court deems the request to amend case management deadlines as **MOOTED** by this Court's February 19, 2026, *Order Granting Joint Motion to Extend Case Management Deadlines*. (Dkt. 53).

**SO ORDERED.**

**Date:** March 3, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.